CHAVEZ-CUEVAS, JOSE MARIA
Reg. No.: **03200-298**
California City Correctional Center
P.O. Box 3001-0001
California City, CA 93504

IN PROPRIA PERSONA



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

'07 CV 2311 GT

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | PRO SE |
| Plaintiff,  ) | MOTION FOR TIME REDUCTION |
| ) | BY AN INMATE IN FEDERAL |
| ) | CUSTODY UNDER TITLE |
| ) | 28 U.S.C. § 2255 |
| vs.  ) | |
| ) | Criminal Case Number: 07CR0790-GT |
| ) | |
| Defendant.  ) | |
| ) | |
| CHAVEZ-CUEVAS, JOSE MARIA  ) | |

    COMES NOW, the Defendant **CHAVEZ-CUEVAS**, In Propria Persona, Requesting this Honorable Court for a time reduction based on the following grounds. Memorandum of points and Authorities established by this Motion, factual basis. Under the Attorney General Memorandum dated April 28, 1995, The United States Attorney General can offer up to two (2) points downward departure if defendant accepts a final deportation order.

    Because Defendant **CHAVEZ-CUEVAS** cannot be housed in a minimum security facility, or community Correctional Center based on his deportation alien status, he asks this Honorable Court to take into consideration and possibly grant Defendant **CHAVEZ-CUEVAS**

a downward departure.

## FACTS OF DEFENDANT'S PRESENT INCARCERATION

Defendant **CHAVEZ-CUEVAS** is currently in the custody of the United States Attorney General at California City Correctional Center, P.O. Box 3001-0001, California City, CA 93504.

On or about 02-28-2007. Defendant Mr CHAVEZ was arrested and Indicted for Criminal charges. Mr. CHAVEZ-CUEVAS was Sentence in the United States District Court for the **SOUTHERN** District of **CALIFORNIA** to a term of **48** months and **1** years Supervise Release.

## THE DEFENDANT IS SEEKING RELIEF DUE TO THE FOLLOWING POINTS AND AUTHORITIES

(1) Equal Protections Rights Pursuant to XIV Amendments to the United States Constitution.

(2) Due Process, V Amendment.

(3) Equal Rights Act no person shall be discriminated, regardless of race, color, sex, religion, or Nationlity.

A united States Citizen is entitled to different privileges due to his or her origin like one (1) year reduction of sentence through a drug program three months half-way house to prepare to re-assimilate, a Unicor job, with good wages and other benefits.
An alien is deprived of his benefits or privileges due to his or her status and find himself/herself committed to harsher time, or sentence due to his or her status in the United States of America.

    Both a United States Citizen and an alien inmate/resident live and comport by the same rules, policies, privileges and **standards** of such Institution.

**Therefore** Defendant Mr. **CHAVEZ-CUEVAS** prays that the Honorable Court grant him all relief to which he may be entitled in this proceeding.

    This Motion is submitted in good faith, and pursuant to V and XIV Amendments that guaranteed rights protection of the United States of America Constitution.

                                          RESPECTFULLY SUBMITTED,

                                          x /s/ J. Cleus
                                          AFFIANT
                                          Cc: CHAVEZ-CUEVAS, JOSE MARIA
                                              # 03200-298

Dated: 12-01-07

CERTIFICATE OF SERVICE / OR MAILING

CASE NAME: CHAVEZ-CUEVAS, JOSE MARIA   VS. UNITED STATES OF AMERICA

CASE NUMBER: 07CR0790-GT

I, the undersigned, herby affirmed that on this 01 day of DECEMBER 2007, I deposited in the recepticle for the United States mail provided at this Institution for inmates, first class pre-paid postage, in a sealed envelope and addressed to:

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
800 FRONT STREET SUITE 4290
SAN DIEGO, CA 92101-8900

(1) ORIGINAL

(2) COPIES

a true and correct copy of the attached document(s) identified as follows:

PRO SE
MOTION FOR TIME REDUCTION
BY AN INMATE IN FEDERAL
CUSTODY UNDER TITLE
28 U.S.C. § 2255

In accordance with Houston V. Lack 487 U.S. 266 (1988) these documents are deemed filed and served as of this date. Pursuant to 28 U.S.C. §1746(2). I further declare under the penalty of perjury that the foregoing is correct and true.

DATED: 12-01-07

_____
AFFIANT

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Jose Maria Chavez-Cuevas | United States of America |

FILED
DEC - 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Kern
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Jose Maria Chavez-Cuevas 03200-298
California City Correctional Center
PO Box 3001-0001
California City, CA 93504

ATTORNEYS (IF KNOWN)
'07 CV 2311 GT
U.S. Attorney

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff    ☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**28 U.S.C. 2255**

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☒ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

VIII. RELATED CASE(S) IF ANY (See Instructions):   JUDGE _____   Docket Number _____

DATE 12/7/07

SIGNATURE OF ATTORNEY OF RECORD